**JOHN C. TERLAJE, ESQ.**
The Law Office of John C. Terlaje, P.C.
Terlaje Professional Building
194 Hernan Cortez Ave., Suite 216
Hagåtña, Guam 96910
TELEPHONE: (671) 477-8894
FACSIMILE: (671) 472-8896
EMAIL: john@terlaje.net

Attorneys for Defendant
ROMAN CATHOLIC ARCHBISHOP OF AGANA,
A CORPORATION SOLE

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| N.P.J.D., ) | CIVIL ACTION NO. 17-00078 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ENTRY OF APPEARANCE** |
| ROMAN CATHOLIC ARCHBISHOP OF ) | |
| AGANA, a Corporation Sole; RAYMOND ) | |
| CEPEDA, an individual; DOE ENTITIES 1-5; ) | |
| and DOE INDIVIDUALS 6-50, inclusive, ) | |
| ) | |
| Defendants. ) | |

The Law Office of John C. Terlaje, P.C. hereby enters its appearance as counsel of record for Defendant Roman Catholic Archbishop of Agana, a Corporation Sole.

Dated this 14th day of July, 2017.

        **LAW OFFICE OF JOHN C. TERLAJE, P.C.**
        Counsel for Defendant Roman Catholic Archbishop
            of Agana, a Corporation Sole


        By: _____/s/_____
              **JOHN C. TERLAJE**